**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JONNATAN NOE IRIAS-LAINEZ<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, et al.,<br><br>Respondents. | ) | Case No. 1:26-cv-10333-FDS<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION FOR PRELIMINARY INJUNCTION**

Petitioner Jonnatan Irias-Lainez ("Petitioner" or "Mr. Irias-Lainez") respectfully moves this Court for a Preliminary Injunction on his Petition for a Writ of Habeas Corpus. U.S. Immigration and Customs Enforcement ("ICE") has detained Petitioner for over thirteen months. During the Petitioner's lengthy detention, ICE has repeatedly failed to comply with their regulatory requirements to conduct a proper Post-Order Custody Review to meaningfully evaluate the possibility of his release. Petitioner has no additional method to seek his release before the agency. As outlined in Mr. Irias-Lainez's Petition for Writ of Habeas Corpus, and supplemental filings, the Respondents have violated the Administrative Procedures Act and Mr. Irias-Lainez's Fifth Amendment Right to Due Process. Without this Court's intervention, it is clear that Respondents will not provide Mr. Irias-Lainez with a custody review that complies with its regulatory obligations, and he will remain improperly and indefinitely detained.

Mr. Irias-Lainez merits a preliminary injunction because he is suffering irreparable harm and is likely to succeed on the merits, and the requested relief is not overly burdensome on

Respondents. Further, the balance of equities and public interest support the provisional relief that Mr. Irias-Lainez seeks.

Accordingly, based on the foregoing as well as the arguments contained in the accompanying Memorandum of Law submitted herewith, Mr. Irias-Lainez respectfully requests that the Court issue an order requiring Petitioner's immediate release, or, in the alternative, set a hearing pursuant to Rule 65(a)(2) for adjudication of the instant Motion and above-captioned Petition.

*REQUEST FOR ORAL ARGUMENT*

Mr. Irias-Lainez respectfully requests to be heard at oral argument because the above-captioned matter raises critical questions of law concerning the rights of noncitizens who are subject to final orders or removal to be free from arbitrary indefinite detention.

Respectfully submitted,

Dated: October 30, 2026

*/s/ Daniela Hargus*
Daniela Hargus
PAIR Project
98 N. Washington Street, Suite 106
Boston, MA 02114
Dhargus@pairproject.org
(978) 502-7448

*Pro bono counsel for Petitioner*

*/s/ Kelsey Lee*
Kelsey Lee
McKinnon & Lee
P.O. Box #109
Portland, ME 04112
kelsey@mckinnonandlee.com
(207) 699-4298

*Pro bono counsel for Petitioner*

**LOCAL RULE 7.1 CERTIFICATION**

I, Kelsey Lee, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with Counsel for the Respondents, who oppose the relief requested herein.

Dated: October 30, 2026

*/s/ Kelsey Lee*
Kelsey Lee

**CERTIFICATE OF SERVICE**

I, Kelsey Lee, hereby certify that I caused a copy of the foregoing Motion to be served on Respondents' counsel via EF/CMF on this 30th day of October, 2026.

*/s/ Kelsey Lee*
Kelsey Lee